## NOVEMBER 9, 1999

No. 99A393. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. CHAMBERS. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit on November 5, 1999, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 99–6840 (99A363). ROYAL v. TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. ■

## NOVEMBER 12, 1999

No. 99A359. RENO, ATTORNEY GENERAL, ET AL. v. KIM HO MA. D. C. W. D. Wash. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

## NOVEMBER 15, 1999

No. 99M15. POWELL v. POWELL ET AL.; and

No. 99M24. TARVER v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. Motions of petitioners for reconsideration of order denying motions to direct the Clerk to file petitions for writs of certiorari out of time [*ante*, pp. 802–803] denied.

No. 99M42. RICKARD v. SANCHEZ ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.